**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01426-CR

**RICHARD THOMAS ALFANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83426-2015**

## ORDER

The Court has before it court reporter Susan Maienschein's February 1, 2017 request for additional time to file the reporter's record in this appeal. We **GRANT** the request and **ORDER** the reporter's record filed March 3, 2017.

/s/    LANA MYERS
            JUSTICE